# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3560

_____

Doyle Dennis Smith

*Petitioner*

v.

Commissioner of Internal Revenue

*Respondent*

_____

Appeal from The United States Tax Court

_____

Submitted: August 28, 2019
Filed: September 4, 2019
[Unpublished]

_____

Before BENTON, SHEPHERD, and KELLY, Circuit Judges.

_____

PER CURIAM.

Doyle Smith appeals the tax court's[1] dismissal of his petition after he failed to pay the filing fee. Following careful review, we conclude that the tax court did not err in dismissing Smith's petition. See Tax Ct. Rule 20(d) (fee of $60 shall be paid

---

[1]The Honorable Maurice B. Foley, Chief Judge, United States Tax Court.

at time petition is filed; fee may be waived if petitioner shows inability to pay); Tax Ct. Rule 123(b) (tax court may dismiss case for petitioner's failure to prosecute or failure to comply with Tax Court Rules); Long v. Comm'r, 742 F.2d 1141, 1143 (8th Cir. 1984) (per curiam) (affirming dismissal under Rule 123(b)).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____